# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gwendolyn Smith, <br><br>    Plaintiff, <br><br> v. <br><br> Commissioner of Social Security Administration, <br><br>    Defendant. | **NO. CV-22-01537-PHX-JAT** <br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed August 31, 2023, the Decision of the Commissioner of Social Security is AFFIRMED and this action is hereby terminated.

Debra D. Lucas
District Court Executive/Clerk of Court

August 31, 2023

By   s/ S. Ferdig
      Deputy Clerk
