# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gwendolyn Smith,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>    Defendant. | **NO. CV-22-01537-PHX-JAT**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed January 23, 2025, the decision of the Administrative Law Judge is reversed, and this case is remanded to the Social Security Administration for further proceedings consistent with the Mandate of the Ninth Circuit Court of Appeals.

                                        Debra D. Lucas
                                        District Court Executive/Clerk of Court

January 23, 2025

                                        s/ K. Gray
                             By    Deputy Clerk